UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THERESA FIAGBE, M.D.,

                      Plaintiff(s),

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                      Defendant(s).
-------------------------------------------------------------X

Civil Action No.: 1:24-cv-03447

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK     )
                              s.s :
COUNTY OF NEW YORK  )

    BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.
    That on the 17th day of June, 2024, at approximately 2:32 p.m., deponent served a true copy of the **Summons in a Civil Action; Complaint with Demand for Jury Trial** upon New York City Health and Hospitals Corporation at 50 Water Street, New York, New York 10004 by personally delivering and leaving the same with Eva Cordero, Assistant Coordinating Manager, who stated that she is authorized to accept service.
    Eva Cordero is an olive-skinned Hispanic female, approximately 45-50 years of age, is approximately 5 feet, 4-8 inches tall, weighs approximately 130-150 pounds, has short black hair, dark eyes and was wearing glasses.

Sworn to before me this
18th day of June, 2024

_____
NOTARY PUBLIC, STATE OF NEW YORK
STEVEN MITCHELL
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2027**

_____
BOBBY ALI #871612