UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THERESA FIAGBE, M.D                             :

            Plaintiff,                      :         ORDER

   -v.-                                                         :
                                                   24 Civ. 3447 (GWG)
NEW YORK CITY HEALTH AND HOSPITALS   :
CORPORATION,
                                                 :
            Defendant.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On or before August 12, 2025, the parties are directed to provide a letter (preferably jointly-composed) on the status of this matter and to include any requests for extension of deadlines for fact and expert discovery.

      SO ORDERED.

Dated: August 6, 2025
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge