UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                  :

THERESA FIAGBE, M.D.
                                                                  :

        Plaintiff,                                       <u>ORDER</u>
                                                                  :

   -v.-

                                                                  :         24 Civ. 3447 (GWG)

NEW YORK CITY HEALTH AND HOSPITALS  :
CORPORATION
                                                                  :

        Defendant.
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A telephone conference to discuss the discovery dispute raised in Docket # 44 will take place on Monday, October 27, 2025, at 11:30 a.m.   It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      A few minutes prior to the above date and time, the parties shall dial 646-453-4442 and use access code: 345 923 041#.   (The public may also dial in but will be permitted only to listen.)   When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone.   A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

      Upon receipt of this order each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge